# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TRACIE M. HUNTER, | :<br>: |
| *Plaintiff*, | :<br>: Case No. 1:21-cv-544<br>: |
| vs. | : Judge Jeffery P. Hopkins<br>: |
| HAMILTON COUNTY BOARD OF COMMISSIONERS, et al., | :<br>:<br>: |
| *Defendants*. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Report and Recommendation issued by Chief Magistrate Judge Karen L. Litkovitz on June 15, 2022 (Doc. 17), which recommends that the Hamilton County Board of Commissioners' (the "Board") Motion to Dismiss (Doc. 5) be **GRANTED.** Because no objections have been filed[1] and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court reviews the Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Redmon v. Noel*, No. 1:21-CV-445, 2021 WL 4771259, at *1 (S.D. Ohio Oct. 13, 2021) (collecting cases).

---

[1] The Court notes that Plaintiff sought, and was granted, multiple extensions of time to file Objections to the Magistrate Judge's Report and Recommendation. *See* Doc. 18 (Motion for Extension of Time requesting extension until August 15, 2022) (granted via Notation Order dated July 5, 2022), Doc. 21 (Motion for Extension of Time requesting extension until November 15, 2022) (granted via Notation Order dated August 30, 2022), Doc. 26 (Motion for Extension of Time requesting extension until December 30, 2022), Doc. 29 (Order granting extension of deadline to file Objections to the Report and Recommendation, Objections due by March 1, 2023). Despite seeking these extensions, Plaintiff failed to file any Objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and determined that it does not contain clear error. Therefore, the Court **ADOPTS** the Report and Recommendation (Doc. 17) in its entirety. Accordingly, the Board's Motion to Dismiss (Doc. 5) is **GRANTED**. Plaintiff's Claims against the Board are hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated:  March 29, 2024

Hon. Jeffery P. Hopkins
United States District Judge